Charles La Rue, Appellant, v. Frederick J. Wheeler, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Louis Lust, Respondent, v. Hyman Drachman, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John Mahon, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Josephine McCloskey, an Infant, by James F. McCloskey, Her Guardian ad Litem, Respondent, v. Degnon Contracting Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Thomas McGrath, as Administrator, etc., of Margaret McGrath, Deceased, Respondent, v. Abraham Remnek, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Vincent Melsha, Respondent, v. Lizzie Feldman, Appellant, Impleaded with People's Bank of Brooklyn and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Vincent Melsha, Respondent, v. David H. Feldman and Dora Feldman, Appellants, Impleaded with Harry Zirn and Others, Defendants.—Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Edward Miller, Respondent, v. Star Fire Insurance Company of Louisville, Kentucky, Appellant.—Judgment affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

New York and Eastern Realty Company, Respondent, v. The Clovena Company and Others, Defendants, Impleaded with the Statena Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John Osborn, Appellant, v. Charles T. Wills, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

John Park, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor and Miller, JJ.